KATHRYN POLLOCK v. FRANKLIN B. POLLOCK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RAY ROSENBLUTH v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KNOX HAT COMPANY, INC., v. SELF-SERVICE MILLINERY STORES, INC.— Motion denied and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HANNAH LEVY v. MILTON LEVY.— Motion denied and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPHINE F. BURGHARD v. LUCILE PUGH and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on Bogart and Radcliffe Avenues South of Rhinelander Avenue, Borough of The Bronx, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BENJAMIN MORROW v. WILLIAM KENNELLY and WILLIAM KENNELLY, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ETHEL SIMON v. CARLETON SIMON, JR.— Motion denied.. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARGARET POWELL SWOPE v. JAMES REYNOLDS.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HERBERT BAYARD SWOPE v. JAMES REYNOLDS.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN S. DEBOURG.— Motion granted, and the time of the defendant within which to file the record on appeal and appellant's points extended to and including November 1, 1929, with notice of argument for December 12, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of SIDNEY W. SALMON, Formerly Known as SIDNEY W. SOLOMON, an Attorney.— Reference ordered to Hon. Charles L. Guy, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Assignment for the Benefit of Creditors of ABRAHAM SCHWARTZBERG and ISRAEL SCHWARTZBERG, Individually and as Copartners, Trading as SCHWARTZBERG BROTHERS, to HENRY J. GREENSTEIN, Trustee and Assignee. LOUIS WINER and HENRY J. GREENSTEIN (ABRAHAM KRUGMAN).— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.